# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ADAM TAMAZ CECILIO ALTAMIRANO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SHERIFF MARK MOON, *et al.*, | ) ) |
| Defendants. | ) |

Case No. 2:23-cv-1511-ACA-GMB

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Adam Tamaz Cecilio Altamirano's failure to prosecute his claims. (Doc. 5). The magistrate judge advised Mr. Altamirano that he had fourteen days to file objections and what the consequences were for failing to object. (*Id.* at 2). The court has received no objections.

Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **DISMISSES** this case **WITHOUT PREJUDICE** for Mr. Altamirano's failure to prosecute his claims.

The court will enter a separate final order consistent with this opinion.

2

**DONE** and **ORDERED** this January 18, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE